**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Ivan Burgos Santiago v. The State of Texas

Appellate case number:   01-22-00284-CR

Trial court case number: 82101

Trial court:             264th District Court of Bell County

On December 8, 2022, appellant's appointed counsel, Kristin Jernigan, filed a motion to withdraw, stating that she had been appointed as associate judge in Williamson County and that she would be sworn in on December 19, 2022. Prior to filing her motion to withdraw, Ms. Jernigan filed appellant's brief. On December 9, 2022, this Court denied the motion to withdraw because it failed to comply with Rule 6.5 in that counsel failed to deliver the motion to the appellant either by delivery to the party or mailed both by certified mail and by first class mail. *See* TEX. R. APP. P. 6.5(b). Counsel did not file a corrected motion. Because counsel may have been sworn in as an associate judge, she may no longer be able to file a motion on behalf of appellant.

Accordingly, we **abate** this appeal and **remand** to the trial court to determine whether new counsel should be appointed for appellant. Any orders shall be included in a supplemental clerk's record and filed in this Court **no later than January 25, 2023**.

The appeal is abated, treated as a closed case, and removed from this court's active docket. The appeal will be reinstated on this court's active docket when the supplemental clerk's record is filed in this Court. The Court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.

It is so ORDERED.


Judge's signature: _____/s/ Richard Hightower_____
                   ☑ Acting individually    ☐ Acting for the Court


Date: ___January 3, 2023_____